# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M. AFIF BAKIR, : | |
|     Petitioner, : | |
| : | |
| v. : | CIVIL NO. 12-271 |
| : | |
| ERIC HOLDER, et al., : | |
|     Respondents. : | |

## ORDER

**AND NOW,** this 17th day of February, 2012, it is hereby **ORDERED** that Petitioner M. Afif Bakir's Petition for Writ of Habeas Corpus is **DENIED as moot.** *(Doc. No. 1.)*

It is further **ORDERED** that Petitioner is not entitled to fees and costs.

                                      **IT IS SO ORDERED.**

                                      */s/ Paul S. Diamond*
                                      _____
                                      **Paul S. Diamond, J.**